IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:17CR251-1 |
| | ) | |
| HASSIE DEMOND NOWLIN | ) | |

## ORDER

This matter comes before the Court for the appointment of counsel to represent Defendant in this matter. The Court has reviewed Defendant's Financial Affidavit and concludes that Defendant has demonstrated eligibility for appointment of counsel at Government expense.

IT IS THEREFORE ORDERED that Assistant Federal Public Defender Kathleen A. Gleason is appointed to represent Defendant in this action.

This, the 30th day of June, 2017.

United States Magistrate Judge