IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



SCHEDULE FOR ARRAIGNMENTS )
HELD IN **JULY, 2017** ) **SCHEDULING ORDER**

In order to provide for the regulated and timely disposition of the **August, 2017** Criminal Term, the following schedule is established:

## MOTIONS

All motions submitted by the defendant or the Government shall be filed on or before **Wednesday, July 12, 2017,** and responses shall be filed on or before **Wednesday, July 19, 2017.** The defendant is ordered to appear for hearing on any motions at **9:30 a.m., Thursday, August 10, 2017,** in **Greensboro, N.C.** **If the need for a hearing shall become moot, the defendant shall notify the Court in writing and a hearing shall be considered canceled.**

## PLEA AGREEMENTS

Plea agreements, if any, shall be filed in the Office of the Clerk of Court not later than **12:00 noon, August 3, 2017.** Any plea agreements and factual basis not filed by August 3, 2017, **must** be filed no later than 48 hours prior to the scheduled change of plea hearings.

## PLEA CHANGES

The defendant is ordered to appear for change of plea and hearing at **9:30 a.m., August 10, 2017,** in **Greensboro, N.C.,** unless otherwise ordered by the Court.

**All arraignments, change of pleas and hearings on any motions not held on the first day of the criminal term as set out above will be scheduled during the first week of the criminal term. Counsel are instructed to notify the U.S. Attorney's Office of any scheduling conflicts no later than, Monday, July 31, 2017.**

## NOT GUILTY PLEA (JURY TRIAL)

The defendant is ordered to appear for jury trial at **9:30 a.m., Monday, August 14, 2017,** in **Greensboro, N.C.,** unless otherwise ordered by the Court.

**All counsel are instructed to adhere to the deadlines set out in this scheduling order.**

This the 14th day of June, 2017.

/s/ John S. Brubaker, Clerk