IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA, )
        Plaintiff, )
)
v. ) Case No.: 1:17CR251-1
)
HASSIE DEMOND NOWLIN, )
        Defendant. )
)

UNITED STATES OF AMERICA, )
        Plaintiff, )
)
v. ) Case No.: 1:16CR218-1
)
MARVIN LEANDREW FLYTHE, )
)
        Defendant. )

## **WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL:

On December 4, 2017, judgment was entered in the United States District Court for the Middle District of North Carolina against Hassie Demond Nowlin in case number 1:17CR251-1 and on December 7, 2016, judgment was entered in the United States District Court for the Middle District of North Carolina against Marvin Leandrew Flythe in case number 1:16CR218-1,

The judgment against Hassie Demond Nowlin in case number 1:17CR251-1 is for a special assessment in the amount of $300.00 and restitution in the amount of $188,001.89. As of October 21, 2019, payments totaling $125.00 have been credited toward the criminal

monetary penalties and therefore the amount due and owing is $188,176.89. No interest is accruing on the debt.

The judgment against Marvin Leandrew Flythe in case number 1:16CR218-1 is for a special assessment in the amount of $400.00 and restitution in the amount of $105,128.04. As of October 21, 2019, payments totaling $1,500.00 have been credited toward the criminal monetary penalties and therefore the amount due and owing is $104,028.04. No interest is accruing on the debt.

NOW, THEREFORE, YOU ARE HEREBY COMMANDED to satisfy the judgment by levying on and selling all property in which Defendants have a substantial nonexempt interest, and by executing upon the property described below:

> **Beginning at the new southeast corner of Spencer Street and O. Henry Blvd. and running thence with the south line of Spencer Street, South 88° 37' East 100.00 feet to the grantor's east line; thence with that line, South 04° 19' 40" West 58.41 feet to the north line of another lot now owned by the City of Greensboro; thence with that line, North 88° 13' 30" West 103.81 feet to a point on the east line of O. Henry Blvd; thence with that line, North 08° 07' East 58.02 feet to the point of BEGINNING, Reference is made to Drawing No. D-419, dated September 21, 1953 commissioned by the City of Greensboro, Public Works Department that is attached as an exhibit to deed recorded in Book 1593 page 696 in the Guilford County Registry.**
> **Address 501 S. O'Henry Blvd., Greensboro, NC 27401**
> **Parcel No.: 0010593 PIN: 7874346486 (old Parcel 000001020000700007)[1]**

---

[1] The legal description set forth above is taken verbatim from the North Carolina Special Warranty Deed dated July 2, 2012, granting the property to Marvin L. Flythe and Hassie D. Knowlin, which lists the property address as 701 S O'Henry Blvd., Greensboro, NC 27401 on line 4 at the top of the deed. Further down on the page, after the legal description, the property address is listed as "501" S. O'Henry Blvd., Greensboro, NC 27401. (See GE G, United States of America v. Hassie Demond Nowlin, et al., MDNC Civil Action No. 1:18CV497, Dkt. 1-7.) Subsequent Deeds related to The Property describe it as 701 S. O'Henry Blvd., Greensboro, NC 27401 and the Guilford County Tax Assessor also lists

YOU ARE ALSO COMMANDED to collect your costs and expenses and make return of this writ within ninety days after the date of issuance if levy is not made, or, within ten days after the date of sale of property on which levy is made.

YOU ARE FURTHER COMMANDED that the levy and sale shall not exceed property reasonably equivalent in value to the aggregate amount of the judgment, costs and interest.

                                                                                 *[signature]*

                                                            Clerk, U.S. District Court

---

the property as 701 S. O'Henry Blvd, Greensboro, NC 27401. The United States received a title opinion for The Property which showed that the Property Address is 701 S. O'Henry Blvd., Greensboro, NC 27405. It appears that the address contained in the original deed dated July 2, 2012, which follows the legal description and states "501" S. O'Henry Blvd., Greensboro, NC 27401 contains a typographical error and that the correct address is "701" O'Henry Blvd.

RETURN

DATE RECEIVED: _____

TIME RECEIVED: _____

DATE OF LEVY: _____

PROPERTY SEIZED BY LEVY:
_____
_____
_____

DATE OF SALE: _____

FEES, COSTS AND EXPENSES:
_____
_____
_____

The Writ was received and executed:

_____
U.S. Marshal

_____
(By) Deputy U.S. Marshal