

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) <br>     Plaintiff,  ) <br>  ) <br> v.  ) <br>  ) <br> HASSIE DEMOND NOWLIN,  ) <br>     Defendant.  ) <br>  ) | Case No.: 1:17CR251-1 |
| UNITED STATES OF AMERICA,  ) <br>     Plaintiff,  ) <br>  ) <br> v.  ) <br>  ) <br> MARVIN LEANDREW FLYTHE,  ) <br>  ) <br>     Defendant.  ) | Case No.: 1:16CR218-1 |

NOTICE TO DEFENDANT DEBTORS
[28 U.S.C. § 3202 (b)]

You are hereby notified that real property with an address of 701 South O'Henry Blvd., Greensboro, North Carolina 27401 ("The Property") and described as follows:

**Beginning at the new southeast corner of Spencer Street and O. Henry Blvd. and running thence with the south line of Spencer Street, South 88° 37' East 100.00 feet to the grantor's east line; thence with that line, South 04° 19' 40" West 58.41 feet to the north line of another lot now owned by the City of Greensboro; thence with that line, North 88° 13' 30" West 103.81 feet to a point on the east line of O. Henry Blvd; thence with that line, North 08° 07' East 58.02 feet to the point of BEGINNING, Reference is made to Drawing No. D-419, dated September 21, 1953 commissioned by the City of Greensboro, Public Works Department that is attached as an exhibit to deed recorded in Book 1593 page 696 in the Guilford County Registry.**
**Address 501 S. O'Henry Blvd., Greensboro, NC 27401**

**Parcel No.: 0010593 PIN: 7874346486 (old Parcel 000001020000700007)**[1]

is being taken by the United States Government for the enforcement of (1) a judgment entered on December 4, 2017, in the United States District Court for the Middle District of North Carolina against Hassie Demond Nowlin in case number 1:17CR251-1 and (2) a judgment entered December 7, 2016, in the United States District Court for the Middle District of North Carolina against Marvin Leandrew Flythe in case number 1:16CR218-1,

The judgment against Hassie Demond Nowlin in case number 1:17CR251-1 is for a special assessment in the amount of $300.00 and restitution in the amount of $188,001.89. As of October 21, 2019, payments totaling $125.00 have been credited toward the criminal monetary penalties and therefore the amount due and owing is $188,176.89. No interest is accruing on the debt.

The judgment against Marvin Leandrew Flythe in case number 1:16CR218-1 is for a special assessment in the amount of $400.00 and restitution in the amount of $105,128.04.

---

[1] The legal description set forth above is taken verbatim from the North Carolina Special Warranty Deed dated July 2, 2012, granting the property to Marvin L. Flythe and Hassie D. Knowlin, which lists the property address as 701 S O'Henry Blvd., Greensboro, NC 27401 on line 4 at the top of the deed. Further down on the page, after the legal description, the property address is listed as "501" S. O'Henry Blvd., Greensboro, NC 27401. (See GE G, United States of America v. Hassie Demond Nowlin, et al., MDNC Civil Action No. 1:18CV497, Dkt. 1-7.) Subsequent Deeds related to The Property describe it as 701 S. O'Henry Blvd., Greensboro, NC 27401 and the Guilford County Tax Assessor also lists the property as 701 S. O'Henry Blvd, Greensboro, NC 27401. The United States received a title opinion for The Property which showed that the Property Address is 701 S. O'Henry Blvd., Greensboro, NC 27405. It appears that the address contained in the original deed dated July 2, 2012, which follows the legal description and states "501" S. O'Henry Blvd., Greensboro, NC 27401 contains a typographical error and that the correct address is "701" O'Henry Blvd.

As of October 21, 2019, payments totaling $1,500.00 have been credited toward the criminal monetary penalties and therefore the amount due and owing is $104,028.04. No interest is accruing on the debt.

In addition, you are hereby notified that there are exemptions under the law which may protect some of your property from being taken by the United States if you can show the exemptions apply. Enclosed is a form you must use to claim exemptions. <u>By order of the Court, you must file the Claim for Exemption Form within twenty (20) days if you believe there are exemptions that apply.</u>

Further, you have a right to ask the Court to return your property to you if you think the property qualifies under one of the exemptions or if you think you do not owe the money to the United States Government that it says you do.

If you want a hearing, you must notify the Court within twenty (20) days after you receive this notice. Your request must be in writing. You may use this notice to request the hearing by checking the box below and stating your reasons for requesting a hearing. You must either mail it or deliver it in person to the Clerk of the United States District Court at 324 West Market Street, 4th Floor, Greensboro, North Carolina, 27402. You must also send a copy of your request to the United States Attorney, Financial Litigation Unit, 101 S. Edgeworth Street, 4th Floor, Greensboro, North Carolina 27401, so the Government will know you want a hearing. The hearing will take place within 5 days after the clerk receives your request, if you ask for it to take place that quickly or as soon thereafter that as possible.

At the hearing you may explain to the judge why you believe the property the Government has taken is exempt or why you think you do not owe the money to the Government. If you do not request a hearing within twenty (20) days of receiving this notice, your property will be applied to the debt you owe the United States.

If you think you live outside the federal judicial district in which the Court is located, you may request, not later than twenty (20) days after you receive this notice, that this proceeding be transferred by the Court to the Federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the Clerk of Court, Middle District of North Carolina, 324 West Market Street, Greensboro, North Carolina, 27401. You must also send a copy of your request to the Government at 101 S. Edgeworth Street, 4th Floor, Greensboro, North Carolina 27401, so the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Clerk of Court. The Clerk is not permitted to give legal advice, but can refer you to other sources of information.

Clerk, U.S. District Court

[ ] I request a hearing set by the Clerk of Court. My reasons for requesting a hearing are as follows:

_____

_____

My address and telephone numbers are as follows:

_____

_____


YOU ARE REQUIRED TO INFORM THE CLERK OF ANY CHANGE OF ADDRESS OR TELEPHONE NUMBER.