USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 1:17CR251-1 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| HASSIE DEMOND NOWLIN | WRIT OF EXECUTION |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
701 South O'Henry Blvd., Greensboro, North Carolina 27401
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Joan B. Childs, Assistant U. S. Attorney
101 S. Edgeworth Street, 4th Floor
Greensboro, NC 27401

| Number of process to be served with this Form 285 | |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

This Writ of Execution was issued in two cases - USA v. Hassie Demond Nowlin; 1:17CR251-1 and USA v. Marvin Leandrew Flythe; 1: 1CR218-1 as the defendants own the property jointly. Title search attached.

RECEIVED SEP 11 2020
US Marshals Service, M/NC

Signature of Attorney other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT

JOAN CHILDS  Digitally signed by JOAN CHILDS
Date: 2020.09.04 11:09:18 -04'00'

TELEPHONE NUMBER: 336-333-5351
DATE: 9/4/2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 57 | District to Serve No. 57 | Signature of Authorized USMS Deputy or Clerk | Date 9/24/20 |

I hereby certify and return that I ☒ have personally served, ☒ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
HASSIE DEMOND NOWLIN

Date: 2/8/2021  Time: 507 ☒ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 0.00 | | 0.00 | 0.00 | 0.00 | |

REMARKS:

WRIT of Execution Handed to Def: Hassie Nowlin e Residence

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

FILED FEB 23 2021 Clerk U.S. Greensboro